1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTUS PANZARELLO, an individual,<br><br>                    Plaintiff,<br>        vs.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation; and DOES 1-20, inclusive,<br><br>                    Defendant. | Case No.   3:23-cv-00061-TLT<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE** |

1  Pursuant to the stipulation of the parties and for good cause shown, this case is hereby
2  dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).
3  Each party shall bear their own attorneys' fees and costs.

**PURSUANT TO  STIPULATION, IT IS SO ORDERED.**

DATED: __August 21__, 2023

_____
The Honorable Trina L. Thompson
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA